NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VITO PAUL CITO III,                          )
                                             )
                Appellant,                   )
                                             )
v.                                           )     Case No. 2D18-2812
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
                                             )
_____)

Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Kimberly Campbell, Judge.


PER CURIAM.


                Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.